IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KENNETH EARL CANNON, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 3:10-00937 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| AT&T CORP., *et al.*, | ) | |
| Defendants. | ) | |

## O R D E R

The initial case management conference is reset for **Friday, February 25, 2011 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 24th day of February, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge